Leo Daniel LUTON, Appellant,

v.

The STATE of Texas, Appellee.
(Two cases).

Nos. 27348, 27349.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Burglary is the offense; the punishment, eight years in the penitentiary.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.